**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Robert Neal Green
ALC Mercury D-1
3751 Lauderdale Woodyard Road
Kinder LA 70648

**REHEARING ACTION: March 4, 2015**

**Docket Number: 14   00731-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT NEAL GREEN**

**Writ Application from Calcasieu Parish Case No. 9276-10**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Elizabeth A. Pickett**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Neal Green** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent